IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORVIN N. HOWARD,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                              No. 15-cv-518-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 24, 2016 (Doc. 14), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT


                              BY:  *s/Caitlin Fischer*
                                        Deputy Clerk

Dated: March 25, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.25 12:58:22 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT